```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

**COACH, INC., et al.**          )
                                 )
**v.**                           )   Civil Action No. 3:14-0759
                                 )   Judge Nixon/Knowles
**KHALIL BA, et al.**            )

### O R D E R

Pursuant to the Notices of Suggestion of Bankruptcy filed on May 6, 2014 (Docket Entry Nos. 6,7), the Initial Case Management Conference scheduled for May 15, 2014, at 10:30 a.m., is CANCELLED, to be reset by separate Order, if necessary.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge